RECEIVED

JUL 0 6 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| IRENE COOKS, ET AL. | CIVIL ACTION NO. 13-cv-2718 |
| VERSUS | JUDGE STAGG |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Government's **Motion to Dismiss for Lack of Prosecution (Doc. 12),** having been treated as a motion for summary judgment, is **granted** and all of Plaintiffs' claims are **dismissed with prejudice.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ____6____ day of ___July___, 2015.

TOM STAGG
UNITED STATES DISTRICT JUDGE